382 A.2d 753

Commonwealth v. Oliver, Appellant.

Submitted March 30, 1977.
Daniel-Paul Alva, for appellant; Charles J. Cunningham, III, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.